IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Debra Capers, *as Personal Representative of the Estate of Allen Jerome Capers*,<br><br>Plaintiff,<br><br>v.<br><br>South Carolina Department of Corrections; Quentin Scott; Louis Quattlebaum; Kiajuana McKnight; Alaycier Brown; Latasha Redden; Thomas Byrne, *MD*; Faye Green, *RN*; Yvonne Graham, *LPN*; John Doe, *Security Guards 1-10*; John Doe, *Medical Staff 1-10*,<br><br>Defendants. | C/A No. 0:19-3146-SAL-PJG<br><br><br>**ORDER** |

The plaintiff, Debra Capers, through counsel, initiated this civil action and filed her Complaint on November 6, 2019. (ECF. No. 1.) This matter is currently before the assigned United States Magistrate Judge for a service of process status review.

The Federal Rules of Civil Procedure state that a plaintiff must serve a defendant within 90 days after the complaint is filed and, unless service is waived, must provide proof of service to the court. Fed. R. Civ. P. 4(*l*)(1) and 4(m). Counsel for plaintiff requested a 14-day extension of this deadline, which was granted for good cause shown on February 5, 2020. However, as of the date of this order, the extended service deadline has passed and the plaintiff has not filed proof of service with the court as to Defendants Alaycier Brown, Faye Green, and the two sets of John Doe defendants. It is therefore

**ORDERED** that the plaintiff shall have until **April 14, 2020** to provide the court with proof of service of the Complaint upon Defendants Brown, Green, and the John Doe defendants in accordance with Federal Rule of Civil Procedure 4(*l*)(1), or show good cause for failure to serve

pursuant to Rule 4(m).  **Failure to do so will result in these defendants being dismissed from this action.**  Fed. R. Civ. P. 4(m).

    **IT IS SO ORDERED.**

April 7, 2020  
Columbia, South Carolina

                              Paige J. Gossett  
                              UNITED STATES MAGISTRATE JUDGE